ACCEPTED
04-15-00534-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 4:59:24 PM
KEITH HOTTLE
CLERK

No. 04-15-00534-CV

IN THE FOURTH COURT OF APPEALS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 4:59:24 PM
KEITH E. HOTTLE
Clerk

PATRICIA JO KARDELL, MARTIN MURPHY SNOWDEN, MICKEY DARRELL SNOWDEN AND MARY DELILLA SNOWDEN,

APPELLANTS,

V.

SWIFT ENERGY OPERATING, LLC,

APPELLEE.

ON APPEAL FROM THE 218TH JUDICIAL COURT OF LA SALLE COUNTY, TEXAS

SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE COURT OF APPEALS:

The undersigned attorney for Appellants, Patricia Jo Kardell, Martin Murphy Snowden, Mickey Darrell Snowden, and Mary Delilla Snowden, submits this Second Motion for Extension of Time to File Appellants' Brief and respectfully shows:

1. On July 21, 2015, the Honorable Judge Donna S. Rayes executed the Final Judgment in *Swift Energy Operating, LLC vs. Patricia Jo Kardell, Martin Murphy Snowden, Mickey Darrell Snowden, Mary Delilla Snowden, Edwin V. Acker, Jr., Stephen Adolph Acker, Elaine Acker George, Lola Mae Akers, Pamela Boss, Dean Edward Burkett, Deeann Burkett Wilson, Caron Marie Corum, Brian Hinter, Jenny May Woodall,*

*Lawrence, Malydalyn Jones Mitchell, Bonnie Lee Skidmore, Lourene Yvonne Woodall Vance, Sharon L. Williams, Daniel Wilson, Francis Madison Woodall, Johhny Lee Woodall, Shella Acker Reinke, and Edwin Scott Acker*; No. 12-06-00122-CVL; In the 218th Judicial District; La Salle County, Texas.

2. On August 19, 2015, Appellants filed their Joint Notice of Appeal with the District Clerk.

3. On August 20, 2015, Appellants filed their Supersedeas/Appeal Bond.

4. On August 25, 2015, the Clerk's Record was requested.

5. On August 27, 2015, the Clerk's Record was filed.

6. On September 7, 2015, the undersigned began a jury trial: *Jim Weynand vs. Olmos Equipment, Inc. et al;* No. 2011-CI-08332; In the 37th District Court; Bexar County, Texas. Trial was estimated to last six (6) weeks.

7. On September 26, 2015, Appellant's Brief was due.

8. On September 17, 2015, Appellant filed a Motion for Extension of Time to File Appellants' Brief requesting a sixty-day (60) extension. TEX. R. APP. P. 38.6 (d).

9. At that time, the undersigned informed the Court that on August 17, 2015, the undersigned's co-counsel and trial counsel, Richard J. Karam, underwent surgery due to removal of a blood clot and was expected to be in recovery for a minimum of eight (8) weeks.

10. On September 22, 2015, the Court granted the Motion for Extension of Time to File Appellants' Brief.

11. On November 25, 2015, Appellants' Brief is due.

12. The undersigned has worked diligently on Appellants' Brief in the limited time available after trial and on weekends and during holidays but it is sincerely and respectfully requested that a second and final extension

be granted to December 18, 2015.

## CERTIFICATE OF CONFERENCE

On November 23, 2015, the undersigned conferred with Appellees' counsel, Wilson Calhoun and Audrey Vicknair, by email asking if they opposed this request. Appellees' counsel opposes this second requested extension. Under these circumstances this motion is tendered to the Court for resolution.

## PRAYER

Movant prays that the Court grant the Second Motion for Extension of Time to File Appellants' Brief and extend the deadline to December 18, 2015.

Respectfully submitted,
THE LAW OFFICE OF GILBERT VARA, JR.
&
THE LAW OFFICES OF RICHARD J. KARAM
*The Ariel House*
8118 Datapoint Dr.
San Antonio, Texas 78229-3228
(210) 614-6400 (Telephone)
(210) 614-6401 (Telecopy)
gilbert@varalaw.com (Email)
RJKaram@aol.com (Email)

By: /S/_____
GILBERT VARA, JR.
State Bar No.: 20496250
RICHARD J. KARAM
State Bar No.: 11097500
*Attorneys for Patricia Jo Kardell,*
*Martin Murphy Snowden,*
*Mickey Darrell Snowden, and*
*Mary Delilla Snowden*

## VERIFICATION

STATE OF TEXAS  §

COUNTY OF BEXAR §

Before me, the undersigned Notary Public, on this day personally appeared Gilbert Vara, Jr., who, being by me duly sworn on oath deposed and said that every factual statement contained in the Second Motion for Extension of Time to File Appellants'' Brief is within his personal knowledge and true.

_____
GILBERT VARA, JR.

SUBSCRIBED AND SWORN TO BEFORE ME by Gilbert Vara, Jr. on November 23, 2015, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, STATE OF TEXAS

KRYSTIN PECHACEK
My Notary ID # 128432935
Expires November 1, 2018

<u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing Second Motion for Extension of Time to File Appellants' Brief has been provided to the following attorneys of record by email pursuant to Rule 21a Texas Rules of Civil Procedure on November 23, 2015:

LAW OFFICE OF FREDERICK R. ZLOTUCHA
Attn.: Frederick R. Zlotucha
222 Main Plaza East
San Antonio, Texas 78205
Telephone: (210) 227-9877
Telecopy: (210) 227-8316
Email: attyrickzlotucha@aol.com
*Attorney for*
*Swift Energy Operating, LLC*


LAW OFFICE OF WILSON CALHOUN
Attn.: Wilson Calhoun
719 S. Shoreline Blvd., Suite 404
Corpus Christi, Texas 78401
Telephone: (361) 882-3300
Telecopy: (361) 888-5404
Email: Wilson@wcalhoun.com
&
LAW OFFICE OF AUDREY MULLERT VICKNAIR
Attn.: Audrey Mullert Vicknair
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78401-0022
Telephone: (361) 888-8413
Telecopy: (361) 887-6207
Email: avicknair@vicknairlaw.com
*Attorneys for*
*Edwin V. Acker, Jr., et al*


By: /S/_____
GILBERT VARA, JR.